**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **KATRINA STURDIVENT,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **20-10732-NMG** |
| **CHELSEA POLICE DEPARTMENT, et** ) | |
| **al.,** ) | |
| **Defendants.** ) | |

**ORDER**

**GORTON, J.**

Katrina Sturdivent ("Sturdivent"), proceeding <u>pro</u> <u>se</u>, filed a complaint naming as defendants the Chelsea Police Department, Broadway Capital, Commonwealth Land & Trust, the Federal Bureau of Investigation and Amtrak.

By Memorandum and Order dated July 22, 2020, Sturdivent was granted leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and was advised that her complaint failed to set forth plausible claims upon which relief may be granted.  Sturdivent was advised that this action will be dismissed unless she files an amended complaint which cures the pleading deficiencies of the original complaint.  Id.

On July 30, 2020, Sturdivent filed a two-page handwritten response accompanied by a motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  Plaintiff's response suffers from the same pleading deficiencies as the original complaint and fails to state a claim on which relief may be granted.  Although Sturdivent Was

directed to provide a short and plain statement of the relevant facts supporting each claim against each defendant, her response fails to do so.

Based on the foregoing, and in accordance with the Court's Memorandum and Order dated July 22, 2020, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The clerk shall terminate the pending motion and enter a final order of dismissal.

**So ordered.**

                                    /s/ Nathaniel M. Gorton
                                   Nathaniel M. Gorton
                                   United States District Judge
 Dated: September 17, 2020