UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**KATRINA STURDIVENT,**             )
**Plaintiff,**                      )
                                    )
          v.                        )     **Civil Action No.**
                                    )     **20-10732-NMG**
**CHELSEA POLICE DEPARTMENT, et**   )
**al.,**                            )
**Defendants.**                     )
                                    )
_____ )

**ORDER**

GORTON, J.

By Memorandum and Order dated September 17, 2020, and in accordance with the Court's Memorandum and Order dated July 22, 2020, this action was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.  See Docket No. 11.

On November 18, 2020, two months after the dismissal of this action, pro se plaintiff Katrina Sturdivent ("Sturdivent") filed a one-page, handwritten letter.  See Docket No. 13. Plaintiff states, among other things, that she "needs a hearing" and asks "for jury and [other hearing] in the court room by law of the Surpreme (sic) Court."  Id.  She further states that her "1968 case needs to be open by law" and that the "FBI [and] cops [kidnapped Sturdivent] out of [her] apt."  Id.

Rule 60(b) of the Federal Rules of Civil Procedure authorizes a court to grant a party relief from a prior final

judgment for certain enumerated reasons.  Here, Sturdivent's filing in this now-closed case fails to provide a basis for relief from judgment.

ACCORDINGLY, it is hereby ORDERED that Sturdivent's letter (#13) is treated as a motion for relief from judgment and denied.

**So ordered.**

/s/ Nathaniel M. Gorton
_____
Nathaniel M. Gorton
United States District Judge

Dated: November 20, 2020